IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
97 OCT 20 PM 4:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

ANDREW BOWIE, SALLIE )
FRANKLIN, ZEBEDEE FREEMAN, )
JR., THOMAS LONG, )
 )
Plaintiffs, )
 )
v. )   Civil Action No.
 )   CV-97-PWC-1097-E
 )
MONSANTO COMPANY, )
 )
Defendant. )

ENTERED
OCT 27 1997

GRANTED
10/24/97
DATE    U.S. MAGISTRATE JUDGE

(UNOPPOSED)
**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT AND TO REPLY TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO MONSANTO COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THIS ACTION**

The defendant, Monsanto Company ("Monsanto"), submits this motion and respectfully requests that the Court enter an order granting Monsanto Company until November 3, 1997 to answer or otherwise respond to plaintiffs' amended complaint and to submit its reply to Plaintiffs' Memorandum of Law in Opposition to Monsanto Company's Motion to Dismiss or in the Alternative, Stay this Action. In support of this motion, Monsanto shows the Court as follows:

1. In response to the original complaint filed in this action, Monsanto Company filed its motion to dismiss or, in the alternative, stay this action, on or about June 3, 1997. After several unopposed requests for extensions of time to respond were granted to the plaintiffs, plaintiffs filed a response to Monsanto's motion on September 10, 1997. Two days prior to filing that response, the plaintiffs filed an amended complaint which, among