IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

ANDREW BOWIE; SALLIE FRANKLIN; )
ZEBEDEE FREEMAN, JR.; THOMAS LONG, )
                                              )
        Plaintiffs,           )
                                              )
v.                                      ) CIVIL ACTION NO. 97-AR-1097-E
                                              )
MONSANTO COMPANY,        )
                                              )
        Defendant.          )

## O R D E R

On January 16, 1998 the plaintiffs filed with this court a motion pursuant to the provisions of Rule 41(a)(2) of the *Federal Rules of Civil Procedure* in which they seek an order dismissing this action without prejudice and without taxation of costs. (Document #29). On February 3, 1998 the defendant Monsanto Company filed a response in which the defendant states that it will not oppose the plaintiffs' motion to dismiss pursuant to Rule 41(a)(2). Monsanto does not, however, "agree to any characterization of [the] action or [ ] argument made by plaintiffs in support of their motion nor does [Monsanto] waive any right to challenge any refiled action, or any subsequent action filed by plaintiffs on the grounds set forth in its memoranda, or on any other ground." (Document #30). Rule 41(a)(2) provides that "..., an action shall not be dismissed at the plaintiffs instance save upon order of the court and upon such terms and conditions as the court deems proper ... unless otherwise specified in the order, a dismissal under this paragraph is without prejudice."

The only issue presently before the court for resolution is whether an order dismissing this action pursuant to the provisions of Rule 41(a)(2) is appropriate. After consideration of the

31

motion and the positions of the parties, the motion to dismiss without prejudice is due to be and the same is hereby GRANTED and the above entitled action is hereby dismissed without prejudice.

As to the foregoing it is SO ORDERED this the 12th day of February, 1998.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE